

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00156-CR

The **STATE** of Texas,
Appellant

v.

Jonathan **COLIN-TAPIO**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2022CRB000752L1
Honorable Leticia Martinez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the order granting appellee's application for pretrial writ of habeas corpus is REVERSED and the cause is REMANDED to the trial court for further proceedings consistent with this opinion.

SIGNED September 20, 2023.

_____
Lori I. Valenzuela, Justice